IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 8 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| MYRON TANKSLEY<br><br>    Petitioner,<br><br>VS.<br><br>DOUGLAS DRETKE, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division<br><br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§  NO. 3-04-CV-1760-P<br>§<br>§<br>§<br>§<br>§ |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SIGNED this 18th day of April, 2005.

_____
Jorge A. Solis
UNITED STATES DISTRICT JUDGE